UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL TORRES<br><br>                              Plaintiff,<br><br>    -against-<br><br><br>NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, *et al.*<br><br><br>                              Defendants. | **ECF CASE**<br><br>**20-cv-0301(MAD)(TWD)**<br><br>**NOTICE OF APPEAL** |

**PLEASE TAKE NOTICE** that Plaintiff, Michael Torres, by his counsel, Agnew & Morrison, hereby appeals to the United States Court of Appeals for the Second Circuit from the Trial Court's Order on the cross-motions for Summary Judgment entered in this action on the 13th day of March 2024 dismissing Plaintiff's claims for injunctive and compensatory relief related to Defendant's failure to reasonably accommodate his disabilities pursuant to the Americans with Disabilities Act and Section 504 of the Rehabilitation Act with respect to his access to the Eastern New York Correctional Facility Resource Room. Final judgment in the form of a Consent Order was entered on July 3, 2024.

Dated: July 22, 2024
        Saltaire, New York

                                                                                    */s/ AJ Agnew*
                                                                                    Amy Jane Agnew
                                                                                    *Counsel for Plaintiff*
                                                                                    Bar No. 700639
                                                                                    AGNEW & MORRISON
                                                                                    24 Fifth Avenue, Suite 1701
                                                                                    New York, New York 10011
                                                                                    (973) 600-1724